UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MICKEY WAYNE BOSWELL, | § § | |
| Petitioner, | § § | |
| v. | § | CIVIL ACTION NO. 2:19-CV-246 |
| LORIE DAVIS, | § § § | |
| Respondent. | § § § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Before the Court is Magistrate Judge B. Janice Ellington's Memorandum and Recommendation (M&R), entered on January 3, 2020. (D.E. 19). The M&R recommends that the Court grant Respondent's motion for summary judgment (D.E. 12) and deny Petitioner's § 2254 petition. It is further recommended that a Certificate of Appealability ("COA") be denied.

The parties were provided proper notice of, and the opportunity to object to, the Magistrate Judge's M&R. *See* 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b); General Order No. 2002-13. No objection has been filed. When no timely objection has been filed, the district court need only determine whether the magistrate judge's memorandum and recommendation is clearly erroneous or contrary to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (per curiam); *Powell v. Litton Loan Servicing, LP*, No. CIV. A. H-14-2700, 2015 WL 3823141, at *1 (S.D. Tex. June 18, 2015).

Having carefully reviewed the proposed findings and conclusions of the Magistrate

Judge, the filings of the parties, the record, and the applicable law, and finding that the M&R is not clearly erroneous or contrary to law, the Court **ADOPTS** the M&R in its entirety. (D.E. 19). Accordingly, Respondent's motion for summary judgment (D.E. 12) is **GRANTED** and Petitioner's § 2254 petition is **DENIED**. Furthermore, a COA is hereby **DENIED**.

SIGNED and ORDERED this 24th day of February 2020.

DAVID S. MORALES
UNITED STATES DISTRICT JUDGE